UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                     DECISION AND ORDER

                                                     03-CR-6105L
                                                     05-CV-6265L

                       v.

JUSTIN GORDON,

                        Defendant.
_____

By Decision and Order filed July 28, 2005, I dismissed Justin Gordon's petition to vacate the judgment, pursuant to 28 U.S.C. § 2255. Gordon did not appeal that decision. Gordon now moves, *pro se,* to vacate my decision denying the § 2255 petition under FED. R. CIV. P. 60(b) (Dkt. #40). Essentially, Gordon moves for reconsideration. I have reviewed his motion, and there is no basis whatsoever to modify or vacate my prior decision.

CONCLUSION

The motion to vacate judgment pursuant to Rule 60(b) (Dkt. #40) is in all respects denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
        July 26, 2006.